# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**DAVID EMMETT LILLY**,

       Plaintiff,

    v.

**DONALD J. TRUMP** and **J.D. VANCE,**

       Defendants.

Case No. 3:25-cv-215-HL

**JUDGMENT**

Based on the Court's Order,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 24th day of March, 2025.

                 /s/ *Michael H. Simon*
                 Michael H. Simon
                 United States District Judge